UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. COWAN, II,<br>Booking No. 21135745,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SAN DIEGO SHERIFF'S DEP'T;<br>GALLAGOS,<br><br>　　　　　　　　　Defendants. | Case No.  3:22-cv-0914-DMS-WVG<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILING TO PROSECUTE IN COMPLIANCE WITH COURT ORDER** |

## I.    Introduction

On June 21, 2022, Richard L. Cowan, II ("Plaintiff" or "Cowan"), who is proceeding pro se, was housed at the South Bay Detention Facility and filed a civil rights complaint pursuant to 42 U.S.C. § 1983 in this Court. *See* ECF No. 1. Plaintiff did not prepay the civil filing fee required by 28 U.S.C. § 1914(a); instead, he filed a Motion to Proceed In Forma Pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a). *See* ECF No. 2.

On July 21, 2022, the Court granted Plaintiff's Motion to Proceed in Forma Pauperis and dismissed Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A(b)(1). *See* ECF No. 4. Plaintiff was granted forty-five (45) days from the date of the dismissal Order to file a First Amended Complaint. *See id.* at 9-10.

## II. Discussion

Plaintiff's First Amended Complaint was due on or before September 6, 2022. To date, he has failed to amend, and has not requested an extension of time in which to do so. "The failure of the plaintiff eventually to respond to the court's ultimatum–either by amending the complaint or by indicating to the court that [he] will not do so–is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004).

## III. Conclusion and Order

Accordingly, the Court **DISMISSES** this civil action in its entirety based on Plaintiff's failure to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1), and his failure to prosecute as required by Court's July 21, 2022 Order.

The Court further **CERTIFIES** that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) and **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED**.

Dated:  December 9, 2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court